**NATIONAL TREASURY EMPLOYEES UNION (NTEU), Petitioner,**

v.

**FEDERAL LABOR RELATIONS AUTHORITY, Respondent,**

and

**United States Customs and Border Protection, United States Department of Homeland Security, Intervenor.**

No. 05–76783.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 5, 2007.

Filed Dec. 19, 2007.

Robert H. Shriver, III; Gregory O'Duden, General Counsel; Elaine Kaplan, Senior Deputy General Counsel; Larry J. Adkins, Deputy General Counsel; Julie M.

Wilson, Assistant Counsel, National Treasury Employees Union, Washington, DC, for the petitioner.

James F. Blandford; William R. Tobey, Acting Solicitor, Federal Labor Relations Authority, Washington, DC, for the respondent.

Howard S. Scher; Peter D. Keisler, Assistant Attorney General; William Kanter, Department of Justice, Civil Division, Appellate Staff, Washington, DC; James N. DeStefano, Associate Chief Counsel; David Goldfarb, Assistant Chief Counsel; Caroline M. Blessey, Assistant Chief Counsel, United States Customs and Border Protection, United States Department of Homeland Security, Washington, DC, for the intervenor.

Before: ALEX KOZINSKI, Chief Judge, ROBERT E. COWEN * and HAWKINS, Circuit Judges.

PER CURIAM:

We deny the petition for review for the reasons given by the D.C. Circuit in *National Treasury Employees Union v. Federal Labor Relations Authority*, 453 F.3d 506, 511–12 (D.C.Cir.2006), whose rationale we adopt as our own.

**PETITION DENIED.**